**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERRY KUEHNER,** | : | |
| **Petitioner** | : | |
| | : | **CIVIL ACTION NO. 3:16-1576** |
| **v.** | : | |
| | | **(Judge Mannion)** |
| **COMM. OF PENNSYLVANIA,** | : | |
| **Respondent** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1.   The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice to any right Petitioner may have to reassert his instant claims in a properly filed civil rights action.

2.   The Clerk of Court shall **CLOSE** this case.

3.   There is no probable cause to issue a certificate of appealability.[1]

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   October 17, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1576-01-order.wpd

---

[1]Jurists of reason would not debate the procedural or substantive disposition of the Petitioner's claims. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Therefore, no certificate of appealability will be granted. See id.